# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
for the State of Georgia,

    *Defendant*.

Case No. 1:26-cv-00485-ELR

**DECLARATION OF ED BARLOW**

I, Ed Barlow, declare as follows:

1.    I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.    I am the current President of Communications Workers of America Local 3204 ("Local 3204") and have served in that role since 2013. I have been a member of Local 3204 for 26 years. In my role as president, I am responsible for overseeing all of our union's operations, including our efforts to promote change through the political engagement of both our members and members of the general public.

1

3.    I am registered to vote in Henry County and have been a registered Georgia voter for approximately 25 years.

4.    Local 3204 is a chartered affiliate of the Communications Workers of America, a labor union which protects the rights of workers across the nation.

5.    Local 3204 has approximately 1,400 members living throughout the metro Atlanta region. Our members serve in the telecommunications and media industries, including for numerous national and regional telecommunication providers.

6.    Local 3204's mission is to ensure that our hard-working members are able to enjoy secure and dignified lives in the workplace and beyond. As with most unions, we do this in part through workplace advocacy using tools such as collective bargaining and grievance processes. However, we also dedicate significant resources to legislative advocacy, member education, and public outreach on issues including collective bargaining rights, workplace safety, and general issues of affordability. These efforts include encouraging our members and members of the public generally to register and vote for candidates and issues that will improve the lives of working Georgians.

7.    Local 3204 has a long history of significant political engagement. For example, our legislative and political director tracks laws in Georgia's legislature and advocates for or against various bills. The director also leads our efforts to screen

political candidates and endorse those who share our values and are committed to supporting our members.

8.    We also dedicate resources to encouraging members to register and vote in our daily interactions with them, particularly near elections. The members of our legislative committee make visits to our jobsites carrying voter registration forms and provide them to any unregistered members along with information about how to complete those forms. Our staff and leadership also regularly remind members about methods and schedules for voting during workplace visits, and we provide the same information in our meetings, emails, and phone banks.

9.    These activities are central to achieving Local 3204's core mission— by turning out our members and others to vote and protecting their ability to do so, Local 3204 builds its members' political power.

10.    I understand that the Department of Justice's lawsuit would require state officials to turn over Georgia's voter file.

11.    This would place at risk a great deal of our members' private information including their dates of birth, signatures, driver's license numbers, partial Social Security numbers, addresses, and other contact information. It might also include private voting information such as which party's primary election ballot a voter chose in past primary elections.

12.    If the Department of Justice obtains this sensitive information I am

3

concerned that it will frustrate Local 3204's voter turnout and civic engagement work. I also fear it will harm our members directly as many of them will be among those whose privacy is compromised.

13.     As workers in the telecommunications industry, our members are very aware of the risk of identity theft and fraud, much of which transpires over telephone and text. In fact, some members' professional roles involve identifying and preventing fraud, including our retail employees who are trained to recognize people who may be using identity theft or other fraudulent means to create accounts. Because our membership is acutely aware of the risk associated with sensitive information being made public, they may be hesitant to register or vote as a result of DOJ's demands, fearing that doing so will make them vulnerable to fraudsters. The government seeks the kinds of unique personal identifying information that are common points of access for identity thieves, hackers, and other malicious actors.

14.     The release of the voter file will also damage our members' confidence in the electoral process. Local 3204 has a direct interest in ensuring that members can trust that their carefully guarded private information will remain private.

15.     Finally, as I explained above many of our members stake their professional reputations on safeguarding important and sensitive information but given the reports of recent data leaks from the federal government, I have little confidence that the voter file will remain secure if released to DOJ. Once a voter's

private information is disclosed, the harm is done—there is no effective way to claw

that information back and neutralize the threat disclosure poses.

I declare under penalty of perjury that the foregoing is true and correct.

1/27/2026

Executed on: _____

*Ed Barlow*

_____

Ed Barlow