# EXHIBIT 5



# Office of the Secretary of State

*Brad Raffensperger*
SECRETARY OF STATE

*Charlene McGowan*
GENERAL COUNSEL

December 8, 2025

Harmeet K. Dhillon
Assistant Attorney General, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

    Re:    Request for Information under the National Voter Registration Act

Ms. Dhillon,

This is in response to the letters of August 7, 2025, and August 14, 2025, from the Department of Justice ("DOJ") requesting information regarding Georgia's compliance with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq*.

Secretary Raffensperger believes that clean voter lists are an essential component of trustworthy elections and takes every measure to ensure that only U.S. citizens and eligible residents can vote in Georgia's elections. We commend President Trump's commitment to citizenship verification and applaud this administration's efforts to provide states the necessary tools at the federal level to verify that only U.S. citizens are registered to vote.

Georgia is a recognized leader in citizenship verification that ensures only U.S. citizens vote in our elections. Because Georgia is 100% REAL ID compliant, everyone who has a driver's license or state identification card has proven their citizenship or legal immigration status to the Department of Driver Services. As an additional safeguard, Secretary Raffensperger was the first Secretary of State in the nation to conduct a full citizenship audit of the state's voter list, which was most recently completed prior to the 2024 presidential election.

Ms. Harmeet K. Dhillon
December 8, 2025
Page 2

As a regular part of the voter verification process, Georgia utilizes the Department of Homeland Security's SAVE database to verify the citizenship status of people who have been identified as potential non-citizens. Secretary Raffensperger is grateful for the swift action taken by DHS in response to his letter to Secretary Noem requesting certain improvements to the SAVE program to enhance its effectiveness as a voter verification tool. These requested improvements include the elimination of search fees for states, the addition of bulk upload capability, and integration of Social Security Administration data. Georgia was proud to be one of the first states to test these new SAVE enhancements.

In addition to citizenship verification, Georgia conducts rigorous voter list maintenance to the fullest extent permissible under state and federal law. Our elections division and county registrars are continuously updating Georgia's newly modernized and secure voter registration database using a wide variety of reliable data sources that detect when voters move to a new county, move out of state, receive felony sentences, or are deceased. Georgia's proactive, data-driven approach serves as a national model for effective list maintenance at the state level.

Georgia's success in maintaining a clean voter list stems from our use of every available list maintenance tool. The Secretary's office spearheads partnerships with a wide range of state and federal agencies, including the U.S. Postal Service, the Department of Homeland Security, and the Georgia Department of Driver Services to ensure that only eligible Georgians are registered and that the voter list is current and accurate. We also collaborate with over 26 states to share cross-state data and match records with the Social Security Death Master File and the USPS National Change of Address list and to identify potential double voters. Election officials receive information from state health agencies and the Social Security Death Master File, as well as other sources, to identify deceased registrants and remove them from the voter list. Additionally, we receive felony conviction notices from state law enforcement agencies and the Department of Justice, and non-citizen jury affidavits from our state courts. Recently, our office conducted an audit of registrants' residential addresses using DHS's Geospatial Management Office to confirm their accuracy.

In addition to this ongoing regular list maintenance, the Secretary's office conducts comprehensive statewide voter list maintenance every year as required by state and federal law. As part of 2025's statewide list maintenance, the elections division sent out a total of **1,006,474 list maintenance notices, and that number will increase before the end of the year**.

Ms. Harmeet K. Dhillon
December 8, 2025
Page 3

These list maintenance notices included:

- cancellation notices to 477,883 registrants who had been in "Inactive" status for the past two general elections;
- cancellation notices to 18,563 registrants identified as having cancelled their Georgia driver's license due to a move out of state;
- 218,951 notices to registrants currently listed as having "Active" status but who have not had any voter or registration activity in five calendar years;
- 65,271 notices to registrants identified in National Change of Address (NCOA) registry data as having moved out of state;
- 80,754 notices to registrants identified in National Change of Address (NCOA) registry data as having moved out of county;
- 117,602 notices to registrants identified in National Change of Address (NCOA) registry data as having moved within county; and
- 27,450 notices to registrants identified through secure cross-state data sharing agreements as having moved out of state.

To date in 2025, **580,358 registrations have been canceled** and **298,421 registrations have been moved to "Inactive" status**.

This year's activity is a continuation of the rigorous list maintenance Secretary Raffensperger has completed since he took office. Since 2019, the elections division has issued over **4.4 million list maintenance notices**, including the following activity over the past 5 years:

| Type | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| **NCOA Out of County** | 104,270 | 45,686 | 84,523 | 51,606 | 80,754 |
| **NCOA Within County** | 129,448 | 76,082 | 127,904 | 105,749 | 117,602 |
| **NCOA Out of State** | 168,178 | 32,820 | 100,685 | 38,866 | 65,271 |
| **Cross-State Data** | 417,957 | 272,728 | 119,362 | 62,114 | 27,450 |
| **No Contact** | 185,666 | 0 | 183,584 | 0 | 218,951 |
| **No General Election** | 101,789 | 16,127 | 191,473 | 0 | 477,883 |
| **DL Cancellations** | 0 | 0 | 66,711 | 0 | 18,563 |
| **Totals** | **1,107,308** | **443,443** | **874,242** | **258,335** | **1,006,474** |

Ms. Harmeet K. Dhillon
December 8, 2025
Page 4

We have also made it easier for voters to cancel their Georgia voter registration through the Secretary's online cancellation portal. Voters who move out of state or family members of deceased voters may cancel their registrations online via our website.

Supporting records showing Georgia's nation-leading list maintenance activities are being transmitted to you via secure transfer contemporaneously with this letter, along with Georgia's complete list of registered voters. The voter file includes the last date voted for each registrant, and additional voter history files are available on the Secretary's website.[1] We encourage you to review the wealth of data available at our Election Data Hub.[2]

Along with his commitment to maintaining clean voter rolls, the Secretary is committed to following the laws that protect the confidentiality of Georgia voters' personal information. Georgia law prohibits the disclosure of voters' full date of birth, social security number, and driver's license number. O.C.G.A. § 21-2-225(b).[3] Accordingly, in compliance with state law, and in consultation with the Georgia Attorney General's office, the voter list provided excludes "sensitive information that implicates special privacy concerns." *Project Vote, Inc. v. Kemp*, 208 F. Supp. 3d 1320, 1344 (N.D. Ga. 2016). Nevertheless, the records that we are submitting are more than sufficient to demonstrate Georgia's compliance with the NVRA.

Indeed, Georgia is the gold standard in voter list maintenance at the state level. But we face federal barriers to doing even more. As you know, the NVRA prohibits systematic list maintenance within 90 days of a federal election. This 90-day blackout period restricts us from conducting list maintenance in federal election years precisely when clean rolls are most important. Congress must modernize this outdated law, which was written before the mobility and digital capabilities of the modern era. Secretary Raffensperger has repeatedly called on Congress to reform the NVRA to allow for new technologies to be used to keep voter rolls as up to date as possible.

Secretary Raffensperger appreciates the support of the Trump administration in urging Congress to adopt common-sense reform. We welcome the opportunity to partner with this administration to advance our shared mission of ensuring that states maintain clean voters roles and only eligible U.S. citizens vote in our elections.

---

[1] Voter History Files
[2] Election Data Hub | Georgia Secretary of State
[3] While a limited exception allows for disclosure to government agencies, that only applies where "the agency is authorized to maintain such information and the information is used only to identify the elector on the receiving agency's data base," which is not the stated basis for the DOJ's request here.

Ms. Harmeet K. Dhillon
December 8, 2025
Page 5

Recommended opportunities for collaboration include:

- Continued collaboration between Georgia and USCIS to enhance use of SAVE;
- Continued joint law enforcement action between SOS and federal investigators to investigate and prosecute suspected cases of non-citizens attempting to vote or registering to vote;
- Streamlining the process by which the Department of Justice reports felony convictions to state election officials, which currently is sporadic and disjointed; and
- Jointly calling on Congress to reform and modernize the NVRA to permit states to conduct even more robust list maintenance.

Please feel free to reach out to our office if you would like to discuss further opportunities for collaboration.

Kind regards,

*Charlene S. McGowan*

General Counsel