# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,

    *Defendant*.

Case No. 1:26-cv-00485-ELR

## ORDER GRANTING MOTION TO INTERVENE

On January 27, 2026, Intervenors Black Voters Matter Fund, Communications Workers of America Local 3204, and Communications Workers of America Local 3204 Retired Members Council filed a motion to intervene as Defendants in the above-captioned matter. *See* ECF No. 3. The Court, having considered the motion and all papers filed in connection with it, finds that good cause exists for the granting of such motion.

It is therefore **ORDERED** that the motion of Intervenors Black Voters Matter Fund, Communications Workers of America Local 3204, and Communications Workers of America Local 3204 Retired Members Council to intervene as Defendants is hereby **GRANTED.**

- 2 -

IT IS SO ORDERED, this 30th day of January, 2026.

_____

The Honorable Eleanor L. Ross
United States District Judge
Northern District of Georgia

Prepared by:                          **/s/ Adam M. Sparks**
                                      Adam M. Sparks
                                      Ga. Bar. No. 341578
                                      **KREVOLIN & HORST, LLC**
                                      1201 W. Peachtree St., NW
                                      Suite 3500, One Atlantic Center
                                      Atlanta, GA 30309
                                      Tel: (404) 888-9700
                                      Fax: (404) 888-9577
                                      Email: sparks@khlawfirm.com

                                      Uzoma N. Nkwonta*
                                      Branden D. Lewiston*
                                      Marcos Mocine-McQueen*
                                      Max C. Accardi*
                                      **ELIAS LAW GROUP LLP**
                                      250 Massachusetts Avenue NW, Suite 400
                                      Washington, D.C. 20001
                                      unkwonta@elias.law
                                      blewiston@elias.law
                                      mmcqueen@elias.law
                                      maccardi@elias.law
                                      Tel: (202) 968-4652

                                      *Counsel for Black Voters Matter Fund,*
                                      *CWA Local 3204, and*
                                      *CWA Local 3204 Retired Members Council*

                                      *Pro Hac Vice applications pending