# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:26-cv-485-ELR |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | |
| Defendant. | |

## ORDER GRANTING COMMON CAUSE AND
## ROSARIO PALACIOS' MOTION TO INTERVENE AS DEFENDANTS

On January 28, 2026, Common Cause and Rosario Palacios filed a motion to intervene as Defendants in the above-captioned matter. *See* ECF No. 6. The Court, having considered the motion and all papers filed in connection with it, finds that good cause exists for the granting of such motion.

It is therefore **ORDERED** that the motion of Common Cause and Rosario Palacios to intervene as Defendants is hereby **GRANTED.**

**SO ORDERED.**

Dated: January 30, 2026

*Eleanor L. Ross*

Hon. Eleanor L. Ross
United States District Judge
Northern District of Georgia