**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,

    *Defendant,*

BLACK VOTERS MATTER FUND, COMMUNICATION WORKERS OF AMERICA LOCAL 3204, and COMMUNICATION WORKERS OF AMERICA RETIRED MEMBERS COUNCIL,

    *and*

COMMON CAUSE and ROSARIO PALACIOS,

    *Intervenor-Defendants.*

Case No. 1:26-cv-00485-ELR

**INTERVENORS BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S MOTION TO DISMISS**

Intervenors Black Voters Matter Fund, CWA Local 3204, and CWA Local 3204 Retired Members Council hereby move to dismiss Plaintiff's complaint, ECF No. 1, in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, Intervenors rely on their Memorandum in Support of Motion to Dismiss and the accompanying exhibits, filed contemporaneously herewith.

Dated: February 13, 2026

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Branden D. Lewiston*
Marcos Mocine-McQueen*
Max C. Accardi*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
maccardi@elias.law
Tel: (202) 968-4652

Adam M. Sparks
Ga. Bar. No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

*Counsel for Intervenors Black Voters Matter Fund,
CWA Local 3204, and
CWA Local 3204 Retired Members Council*

*Appearing pro hac vice

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C, NDGa. This document was prepared on a computer using Times New Roman font (14 point).

This 13th day of February, 2026.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta