IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA
ATLANTA DIVISION

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,

*Defendant*.

**Civil Action No.
1:26-cv-00485-ELR**

## NOTICE OF APPEARANC E OF COUNSEL

Jack Genberg of the Southern Poverty Law Center, 1101 17th Street NW Suite 550, Washington, DC 20036, hereby enters his appearance as counsel for Intervenor-Defendants Common Cause and Rosario Palacios, and requests that he be added to the docket as a counsel for these Intervenor-Defendants. All pleadings and other notices should be sent to him at the address below.

Respectfully submitted this 13th day of February, 2026.

*/s/Jack Genberg*

Jack Genberg, Bar No. 144076
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 550
Washington, DC 20036
P: (470) 708-0554
jack.genberg@splcenter.org