# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,

      Defendant.

Civil Case No. 1:26-cv-00485-ELR

## ORDER

Upon consideration of the Unopposed Motion for Leave to File Brief *Amici Curiae* of Former Employees of the U.S. Department of Justice and memorandum in support thereof, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Former Employees of the U.S. Department of Justice be designated as *Amici Curiae* and their proposed amicus brief be lodged on the docket.

This 10th day of March, 2026.

*Eleanor L. Ross*

Eleanor L. Ross
United States District Judge
Northern District of Georgia