**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,  *

          *

   Plaintiff,    *

          *

   v.      *   1:26-CV-00485-ELR

          *

BRAD RAFFENSPERGER, in his *

Official Capacity as Secretary of State *

for the State of Georgia,  *

          *

   Defendant.   *

          *

_____

**ORDER**

_____

Presently before the Court is a Motion to Intervene by Proposed Intervenor-Defendants National Association for the Advancement of Colored People, National Association for the Advancement of Colored People Georgia State Conference, Georgia Coalition for the People's Agenda, and Quinette Westbrooks, (collectively, "NAACP Intervenor-Defendants"), [Doc. 42], Motion for Leave to File Response in Opposition to Cross Motion to Compel by the NAACP Intervenor-Defendants, [Doc. 73]. For good cause shown, the Court **GRANTS** both motions, [Docs. 42, 73], and **DIRECTS** the NAACP Intervenor-Defendants to file any response to Plaintiff's Cross Motion to Compel within 5 days of the entry of this order.

**SO ORDERED**, this 12th day of March, 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia