## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,

    *Defendant.*

Case No. 1:26-cv-00485-ELR

## <u>ORDER</u>

It appearing to the Court that the proposed amicus brief of the Democratic National Committee (DNC) could contribute to the Court's understanding of the matter in question, the DNC's motion for leave to file an amicus brief is **GRANTED**. The DNC shall file the proposed amicus brief as a separate docket entry as soon as practicable.

**SO ORDERED**, this 12th day of March, 2026.

Hon. Eleanor L. Ross
United States District Judge