# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

UNITED STATES OF AMERICA,

     *Plaintiff*,

  v.

BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,

     *Defendant.*

Case No. 1:26-cv-00485-ELR

## MOTION TO DISMISS OF INTERVENOR-DEFENDANTS NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE GEORGIA STATE CONFERENCE, GEORGIA COALITION FOR THE PEOPLE'S AGENDA, AND QUINETTE WESTBROOKS

Intervenor-Defendants National Association for the Advancement of Colored People, National Association for the Advancement of Colored People Georgia State Conference, Georgia Coalition for the People's Agenda, and Quinette Westbrooks hereby move to dismiss Plaintiff's complaint, ECF No. 1, in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, Intervenor-Defendants rely on their Memorandum in Support of Motion to Dismiss, filed contemporaneously herewith.

Dated: March 13, 2026

Respectfully submitted,

By: */s/ Dale R. Samuels*
Dale R. "Bubba" Samuels
Georgia Bar No. 141971
Jack A. Samuels
Georgia Bar. No. 388026
Lucy M. Ahmann
Georgia Bar No. 660925
THE SAMUELS FIRM
278 W. Main Street
Buford, GA 30518
Tel: 678-482-0208
bubba@thesamuelsfirm.com
jack@thesamuelsfirm.com
lucy@thesamuelsfirm.com

Leah Frazier*
Robert N. Weiner*
Julie M. Houk*
Gillian Cassell-Stiga*
Grace Thomas*
Samantha Heyward*
Catherine Meza*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
jhouk@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org
cmeza@lawyerscommittee.org

Reema Shah*
Anton Metlitsky*
Andrew Frackman*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10018
Tel: (212) 326-2000
rshah@omm.com
ametlitsky@omm.com
afrackman@omm.com

Noah B. Bokat-Lindell*
O'MELVENY & MYERS LLP
1625 Eye Street NW, 10th Floor
Washington, DC 20006
Tel: (202) 383-5300
nbokat-lindell@omm.com

*Admitted *Pro hac vice*

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C, NDGa. This document was prepared on a computer using Times New Roman font (14 point).

Dated: March 13, 2026                              Respectfully submitted,

By: _/s/ Dale R. Samuels_