**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,　　　*
　　　　　　　　　　　　　　　　*
　　　　　Plaintiff,　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　v.　　　　　　　　　　　*　　　1:26-CV-00485-ELR
　　　　　　　　　　　　　　　　*
BRAD RAFFENSPERGER, in his　　 *
Official Capacity as Secretary of State　*
for the State of Georgia, et al.　　 *
　　　　　　　　　　　　　　　　*
　　　　　Defendants.　　　　　 *
　　　　　　　　　　　　　　　　*

_____

**ORDER**

_____

This case is before the Court on Defendant Secretary of State for the State of Georgia's and Intervenor Defendants' Motions to Dismiss, [Docs. 16, 22, 23, 80], and the United States's Cross Motion to Compel Production of Federal Election Records, [Doc. 31].

Given the multiplicity of the issues presented, the Court **GRANTS** the Secretary's request for an in-person hearing. [Doc. 16]. Accordingly, the Court **SETS** a hearing on **JUNE 3, 2026,** at **10:00 AM**, in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303. The hearing shall be limited to oral argument on the pending Motions, [Docs. 16, 22, 23, 80, 31]. The Court **DIRECTS** the Parties to jointly submit, by no later than May 27, 2026, at

5:00 PM, a proposed schedule setting out the time requested by the United States, the Secretary, and, collectively, the Intervenor Defendants for oral argument. Finally, the Parties shall have until 5:00 PM on June 2, 2026, to submit any exhibits they intend to discuss in detail at the hearing.[1]

        **SO ORDERED**, this 2nd day of April, 2026.

<br>

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Any exhibits should be emailed to the undersigned's Courtroom Deputy, Ms. Michelle Beck, at Michelle_Beck@gand.uscourts.gov.