# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
for the State of Georgia,

    *Defendant.*

Case No. 1:26-cv-00485-ELR

## NOTICE OF SUPPLEMENTAL AUTHORITY BY INTERVENORS BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL

Intervenors Black Voters Matter Fund, Communication Workers of America Local 3204, and Communication Workers of America Local 3204 Retired Members Council respectfully provide the Court notice of supplemental authority supporting Intervenors' pending Motion to Dismiss. *See* ECF No. 23. Today, in DOJ's parallel suit seeking Massachusetts's unredacted voter list, the district court dismissed DOJ's complaint on the ground that it failed to state any basis for its demand as required by Title III of the Civil Rights Act of 1960. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A). The court held Title III requires DOJ to state the "factual basis" for its demand, *id*. at 6, and rejected DOJ's argument that it could satisfy that requirement by stating

1

the *purpose* of its demand or by claiming the "basis for the demand was Title III of the CRA," *id*. at 10. This decision supports Intervenors' argument that DOJ's failure to state any factual basis for its demand for Georgia's voter list requires its claim to be dismissed. *See* Mem. in Supp. of Mot. to Dismiss at 10–15, ECF No. 23-1.

Dated: April 9, 2026

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Branden D. Lewiston*
Marcos Mocine-McQueen*
Max C. Accardi*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
maccardi@elias.law
Tel: (202) 968-4652

Adam M. Sparks
Ga. Bar. No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

*Counsel for Intervenors Black Voters Matter Fund,*
*CWA Local 3204, and*
*CWA Local 3204 Retired Members Council*

*Appearing pro hac vice

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C, NDGa. This document was prepared on a computer using Times New Roman font (14 point).

This 9th day of April, 2026.

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta

3