

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3500 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.khlawfirm.com

**ADAM M. SPARKS**
Tel: 404-835-8067
Email: sparks@khlawfirm.com

April 22, 2026

**Via CM/ECF Filing**
Chambers of Judge Eleanor L. Ross
ATTN: Michelle Beck
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

>      RE:    *The United States of America v. Brad Raffensperger*
>             *Case No. 1:26-cv-00485-ELR*

Dear Ms. Beck:

Pursuant to Local Rule 83.1(E)(3), NDGa, regarding leaves of absence of twenty (20) or fewer consecutive days, please accept this letter respectfully requesting that no hearing or trials be calendared during the time periods of:

- May 23-27, 2026 (out-of-state vacation);
- June 17-19, 2026 (out-of-state conference);
- July 20-24, 2026 (family vacation);
- September 25, 2026 (firm retreat);
- October 12-16, 2026 (fall break); and
- November 24-28, 2026 (Thanksgiving break).

Applicant anticipates being away from the practice of law to attend to continuing legal education, professional obligations, or family matters during these times. Applicant currently has no hearings or trials scheduled for the above-referenced case during the requested leave period.

Sincerely,

**KREVOLIN & HORST, LLC**

**Adam M. Sparks**
Adam M. Sparks
GA Bar No. 341578
*Counsel for Intervenors Black Voters Matter*
*Fund, Communications Workers of America*
*Local 3204, and Communications Workers*

*of America Local 3204 Retired Members Council*

AMS:lb
cc: All Counsel of Record (via CM/ECF)