**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:26-cv-00485-ELR |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | |
| *Defendant.* | |

**NOTICE OF CHANGE OF ADDRESS**

Bryan P. Tyson, Counsel for Defendant Secretary of State Brad Raffensperger, hereby provides notice of his change of address in the above-captioned case. All future pleadings, correspondence, and other communications related to the case should be sent to:

Law Firm:  Tyson Younker LLC

Address:   1225 Johnson Ferry Road, Suite 600-A
           Marietta, GA 30068

Telephone:  678-223-3160

Email:     btyson@tysonyounker.law

Respectfully submitted this 1st day of May, 2026.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411

btyson@tysonyounker.law
**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendant Secretary of State Brad Raffensperger*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing

Notice was prepared in Book Antiqua 13, a font and type selection approved by

the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson