**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:26-cv-00485-ELR |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | |
| *Defendant*. | |

## NOTICE OF WITHDRAWAL

COMES NOW Bryan F. Jacoutot, of the law firm Clark Hill PLC, and pursuant to Rule 83.1(E)(4) of the Local Rules of the United States District Court for the Northern District of Georgia, withdraws his appearance as counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia ("Defendant"), in the above-captioned case. Defendant will continue to be represented by Tyson Younker in this matter by Bryan P. Tyson.

Respectfully submitted this 1st day of May, 2026.

/s/ Bryan F. Jacoutot
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
CLARK HILL PLC
3630 Peachtree Road NE, Suite 700

Atlanta, Georgia 30326
Telephone: (678) 370-4376

*Counsel for Defendant*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing notice was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/Bryan F. Jacoutot*
Bryan F. Jacoutot