**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> *Defendant*. | Civil Action No. 1:26-cv-00485-ELR |

**JOINT PROPOSED SCHEDULE**

Pursuant to this Court's order, Doc. 90, the parties jointly submit the following proposed schedule, requesting that each party be permitted to make oral argument for the following times and in the following order during the June 3, 2026 hearing, for a total of 2 hours and 30 minutes:

1. Argument by Defendant Secretary of State on pending motions – 30 minutes.

2. Argument by Defendant-Intervenors on pending motions – 30 minutes (total of 10 minutes each for BVMF Intervenors, Common Cause Intervenors, and NAACP Intervenors).

3. Argument by Plaintiff United States on pending motions – 60 minutes.

4. Rebuttal by Defendant-Intervenors – 10 minutes total (divided between for BVMF Intervenors, Common Cause Intervenors, and NAACP Intervenors).

5. Rebuttal by Defendant Secretary of State – 10 minutes.

6. Rebuttal by Plaintiff United States on Motion to Compel – 10 minutes.

The Secretary and Defendant-Intervenors have discussed their argument and will endeavor to avoid duplication and will seek to use less time than requested.

Respectfully submitted this 27th day of May, 2026.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@tysonyounker.law
David J. Younker
Georgia Bar No. 940387
dyounker@tysonyounker.law
**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendant Secretary of State Brad Raffensperger*

2

Case 1:26-cv-00485-ELR    Document 105    Filed 05/27/26    Page 3 of 3

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document was prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson