UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | CASE NO: 1:26-CV-485-ELR |

## MOTION TO DISQUALIFY

**1.** On January 23, 2026, the United States filed this lawsuit against Georgia Secretary of State Brad Raffensperger, bringing a claim under the Civil Rights Act of 1960. The United States requested an order directing the Secretary to produce an unredacted copy of Georgia's statewide voter registration list. Compl. at 9.

**2.** On December 10, 2025, the Judicial Council of the Eleventh Circuit adopted an amended final report regarding misconduct by an unidentified "Subject Judge." Order, Judicial Complaint No. 11-25-90212, at 1 (11th Cir. Judicial Council Feb. 11, 2026). The Committee on Judicial Conduct and Disability of the Judicial Conference of the United States later affirmed the Eleventh Circuit's order. *In re*

1

*Judicial Complaint*, C.C.D. No. 26-01 (Comm. on Judicial Conduct and Disability of the Jud. Conf. of the U.S., May 22, 2026).

3.    The week of May 25, 2026, various news outlets identified Judge Ross as the Subject Judge.  *See generally* Mem. in Supp. of Mot. to Disqualify 5-6.  If true, Judge Ross's conduct creates the appearance of impropriety in this case.  *See* 28 U.S.C. § 455(a).

4.    For the reasons laid out in the accompanying Memorandum in Support of Motion to Disqualify, recusal is necessary to avoid the appearance of impropriety in this case.  *See* 28 U.S.C. § 455(a); *McWhorter v. City of Birmingham*, 906 F.2d 674, 678 (11th Cir. 1990).

## **Conclusion**

For the foregoing reasons, the United States respectfully requests that Judge

Ross recuse herself from this case.

DATED: May 29, 2026,                    Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *WILLIAM MOHRMAN*
WILLIAM MOHRMAN
Senior Counsel, Voting Section
MN Bar No. 0168816
JOHN CASALI
MA Bar No. 710821
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Telephone: (202) 368-6597
Email: William.Mohrman@usdoj.gov
Email: John.Casali@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *WILLIAM MOHRMAN*
WILLIAM MOHRMAN
Senior Counsel, Voting Section
MN Bar No. 0168816
JOHN CASALI
MA Bar No. 710821
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Telephone: (202) 368-6597
Email: William.Mohrman@usdoj.gov
Email: John.Casali@usdoj.gov

4