UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | CASE NO: 1:26-CV-485-ELR |

**MOTION TO CONTINUE**

1.      This lawsuit concerns Georgia Secretary of State Brad Raffensperger's refusal to provide the United States with election records, in violation of the Civil Rights Act of 1960, 52 U.S.C. § 20703.  According to the Complaint, the Attorney General requested that Secretary Raffensperger produce information necessary to ascertain Georgia's compliance with federal election law.  The Attorney General requested that Secretary Raffensperger provide a copy of Georgia's statewide voter registration list containing all fields required under Section 303 of the Help America Vote Act.  However, Secretary Raffensperger declined to produce a full and unredacted list, citing Georgia law.  *See generally* Compl.

2.      On January 23, 2026, the United States filed its Complaint against Secretary Raffensperger, asserting one claim under the Civil Rights Act of 1960.

1

The United States requested an order directing the Secretary to produce the an unredacted copy of Georgia's statewide voter registration list.  Compl. at 9.

3.    Defendant and Defendant-Intervenors filed motions to dismiss the Complaint in February and March.  Dkts.  16, 22, 23, 80.  The United States opposed the motions, and a hearing on the motions is scheduled for June 3, 2026.

4.    On May 29, 2026, the United States filed a Motion to Disqualify, in which it argued that Judge Ross must recuse herself from this case.  The Motion to Disqualify was based on conduct of a "Subject Judge" recited by the Judicial Council of the Eleventh Circuit in report issued on December 10, 2025.  Mot. ¶ 2.  The Judicial Council's order was affirmed by the Committee on Judicial Conduct and Disability of the Judicial Conference of the United States on May 22, 2026.  *Id.*  And during the week of May 25, 2026, various news outlets identified Judge Ross as the Subject Judge of the Judicial Council's order.  *Id.* ¶ 3.

5.    A continuance of the upcoming June 3, 2026, hearing is appropriate. There are only five calendar days (and three business days) between the filing of the United States' Motion to Disqualify and the scheduled hearing.  It is necessary to provide this Court time to assess the Motion (and, if applicable, any filings in opposition thereto).  Moreover, if the Motion is granted, it will be necessary for the case to be reassigned to a district judge who will be unfamiliar with the proceedings and will need additional time to study the case and the pending motions to dismiss.

**6.** The United States filed its Motion to Disqualify in a timely manner and not for the purposes of delay. Although the Judicial Council of the Eleventh Circuit's order was issued in December of 2025, it was not affirmed until May 22, 2026—one week before the filing of the United States' Motion to Disqualify. And importantly, the order kept the identity of the Subject Judge anonymous. The United States did not have reason to suspect that Judge Ross was the Subject Judge until news outlets reported the same mere days ago. Mot. ¶ 3. Upon discovering these reports and evaluating the bases for the reporting, the United States promptly prepared and filed its Motion to Disqualify.

DATED: May 29, 2026,

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *WILLIAM MOHRMAN*
WILLIAM MOHRMAN
Senior Counsel, Voting Section

3

MN Bar No. 0168816
JOHN CASALI
MA Bar No. 710821
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Telephone: (202) 368-6597
Email: William.Mohrman@usdoj.gov
Email: John.Casali@usdoj.gov

4

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing motion was prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

/s/ *WILLIAM MOHRMAN*
WILLIAM MOHRMAN
MN Bar No. 0168816
Senior Counsel, Voting Section
JOHN CASALI
MA Bar No. 710821
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
Telephone: (202) 368-6597
Email: William.Mohrman@usdoj.gov
Email: John.Casali@usdoj.gov