**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | No. 1:26-cv-485-ELR |

**INTERVENOR-DEFENDANTS COMMON CAUSE AND ROSARIO
PALACIOS' MOTION FOR USE OF ELECTRONIC DEVICES**

Intervenor-Defendants Common Cause and Rosario Palacios respectfully move for an order authorizing the use of electronic equipment by Carlos Andino, Akiva Freidlin, and William Hughes at the hearing scheduled for June 3, 2026, in the above-captioned case. *See* Dkt. No. 90. Such equipment will include three smartphones with built-in cameras and three laptop computers with power cords and built-in cameras. A proposed order granting the relief requested in this motion is attached.

Dated: May 29, 2026

Respectfully submitted,
/s/William Hughes

William Hughes†
Theresa J. Lee†
Jonathan Topaz†
Sophia Lin Lakin†
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
whughes@aclu.org
tlee@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Carlos A. Andino*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
carlos.andino@splcenter.org

Cory Isaacson, Bar No. 983797
Akiva Freidlin, Bar No. 692290
Briana Futch, Bar No. 007314
AMERICAN CIVIL LIBERTIES UNION OF
GEORGIA
P.O. Box 570738
Atlanta, GA 30357
cisaacson@acluga.org
afreidlin@acluga.org
bfutch@acluga.org

Bradley E. Heard, Bar. No. 342209
Jack Genberg, Bar No. 144076
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 550
Washington, DC 20036
bradley.heard@splcenter.org
jack.genberg@splcenter.org

† *admitted pro hac vice*
* *application for admission pro hac vice
forthcoming*

2