**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:26-CV-00485-ELR |
| | * | |
| BRAD RAFFENSPERGER, in his | * | |
| Official Capacity as Secretary of State | * | |
| for the State of Georgia, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**ORDER**

_____

Presently before the Court is the United States's Motion to Continue, [Doc. 113]. The United States requests that this Court postpone its hearing on various motions scheduled for June 3, 2026 ("June 3 Hearing") while the United States's Motion to Disqualify, [Doc. 112], is pending. Upon consideration, the Court **GRANTS** the Motion to Continue, [Doc. 113], and **CONTINUES** the June 3 Hearing pending its ruling on the Motion to Disqualify. Accordingly, the Court **DENIES AS MOOT** the pending motions to bring electronic equipment to the courtroom for the June 3 Hearing, [Docs. 108, 114].

SO ORDERED, this 1st day of June, 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia