AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00485-ELR |
| BRAD RAFFENSPERGER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Common Cause and Rosario Palacios                                            .

Date:     06/04/2026

/s/ Carlos Andino
*Attorney's signature*

Carlos Andino
*Printed name and bar number*

150 E. Ponce De Leon Ave
Suite 340
Decatur, GA 30030
*Address*

carlos.andino@splcenter.org
*E-mail address*

(404) 670-9355
*Telephone number*

(404) 221-5857
*FAX number*