**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> *Defendant.* | Civil Action No. 1:26-cv-00485-VMC |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In further support of his Motion to Dismiss (Doc. 16), the Secretary respectfully submits the Order from the United States District Court for the District of Maryland in the case of *United States v. DeMarinis*, No. SAG-25-3934, Doc. 91 (June 18, 2026), attached as Ex. A.

As with this case, the Attorney General sought Maryland's unredacted voter list under the Civil Rights Act (CRA) after making a demand with the purpose of investigating Arizona's compliance with the National Voter Registration Act (NVRA) and the Help America Vote Act (HAVA). Ex. A at 2.[1] The district court granted the Secretary's motion to dismiss and did so with prejudice. *Id*. at 10.

---

[1] All page number citations are to the PDF page of each document filed on the docket.

This case further assists this Court in weighing the issues present in this case. The district court agreed with most other district courts and determined that the Federal Rules of Civil Procedure governed the Attorney General's action under the CRA. *Id*. at 5–6. It reached that conclusion based on *U.S. v. Powell*, 379 U.S. 48 (1964), as the Secretary urged in his motion to dismiss.[2] Doc. 68 at 6–8.

The district court also found the same Office of Legal Counsel memo the DOJ submitted in this case did not require a contrary determination, because the court was relying on the text of the CRA. Ex. A at 9. The district court found it "will not interpret the CRA contrary to its text simply because an office of the party advancing that interpretation has adopted it." *Id*.

Respectfully submitted this 23rd day of June, 2026.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@tysonyounker.law
David J. Younker
Georgia Bar No. 940387
dyounker@tysonyounker.law

---

[2] On the merits question, the district court followed the analysis of the *Benson* court, determining that the voter-registration list is not a document covered by 52 U.S.C. § 20701. It reached that conclusion because, while the list is created by government officials from information on voter registration applications, it also included information from other sources. Ex. A at 7–8. Because it found that the CRA did not require the production of the list, the district court dismissed the case with prejudice. *Id*. at 9.

**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendant Secretary of State Brad Raffensperger*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson