# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:26-cv-00485-VMC |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, | |
| *Defendant.* | |

## THIRD NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of his Motion to Dismiss (Doc. 16), the Secretary respectfully submits the Opinion from the United States Court of Appeals for the Sixth Circuit in the case of *United States v. Benson*, No. 26-1225, Doc. 105-2 (June 24, 2026), attached as Ex. A. This is the first appellate court case to consider the DOJ's requests for state voter lists under the Civil Rights Act (CRA) and the Sixth Circuit affirmed the district court's dismissal of the case seeking Michigan's unredacted voter list. Ex. A at 3.[1] With this decision, the DOJ's requests for unredacted state voter lists have now been dismissed by all nine district courts that have ruled on

---

[1] All page number citations are to the PDF page of each document filed on the docket.

those cases so far[2] and affirmed by the only appellate court to consider the question.

This decision assists this Court in its consideration of the Secretary's pending motion to dismiss in this case. Like several other courts, the Sixth Circuit determined that Michigan's voter file was not a record that "comes into . . . possession" of its Secretary of State because it was created by government officials. Ex. A at 8–11. The Sixth Circuit also found the same Office of Legal Counsel opinion that the DOJ provided in this case unhelpful for several reasons, one of which is its conflict with the text of the CRA. *Id*. at 14.

The Sixth Circuit also determined that the DOJ's request for Michigan's unredacted voter file did not comply with 52 U.S.C. § 20703. Ex. A at 15. It made that determination even when at least one of the DOJ's letters to Michigan was

---

[2] *See United States v. Fontes*, ___ F. Supp. 3d ___, No. CV-26-00066-PHX-SMB, 2026 WL 1177244, at *1 (D. Ariz. Apr. 28, 2026) (Arizona); *United States v. Weber*, 816 F. Supp. 3d 1168 (C.D. Cal. 2026) (California dismissal with prejudice); *United States v. Bellows*, ___ F. Supp. 3d ___, No. 1:25-CV-00468-LEW, 2026 WL 1430481 (D. Me. May 21, 2026) (Maine); *United States v. DeMarinis*, CV SAG-25-3934, 2026 WL 1780586, at *1 (D. Md. June 18, 2026) (Maryland); *United States v. Galvin*, ___ F. Supp. 3d ___, No. CV 25-13816-LTS, 2026 WL 972129 (D. Mass. Apr. 9, 2026) (Massachusetts); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026) (Michigan); *United States v. Oregon*, ___ F. Supp. 3d ___, No. 6:25-CV-01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026) (Oregon dismissal with prejudice); *United States v. Amore*, ___ F. Supp. 3d ___, No. 25-CV-00639-MSM-PAS, 2026 WL 1040637 (D.R.I. Apr. 17, 2026) (Rhode Island); *United States v. Wisconsin Elections Comm'n*, ___ F. Supp. 3d ___, No. 25-CV-1036-JDP, 2026 WL 1430354, at *5 (W.D. Wis. May 21, 2026) (Wisconsin dismissal with prejudice).

more specific than its letters in this case. One of the letters the DOJ sent to Michigan identified a complaint it received alleging violations of the Help America Vote Act by Michigan and "various anomalies in Michigan's voter registration data." *Id.* at 22. The DOJ's letters to Georgia never identified anything that specific, *see* Doc. 16-2 at 10–16, further demonstrating the lack of support for the DOJ's request for Georgia's unredacted voter list.

Respectfully submitted this 25th day of June, 2026.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@tysonyounker.law
David J. Younker
Georgia Bar No. 940387
dyounker@tysonyounker.law
**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendant Secretary of State Brad Raffensperger*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
