## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,

    *Defendant.*

Case No. 1:26-cv-00485-VMC

## INTERVENORS BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Black Voters Matter Fund, CWA Local 3204, and CWA Local 3204 Retired Members Council ("BVMF Intervenors") hereby provide the Court notice of supplemental authority supporting BVMF Intervenors' pending Motion to Dismiss. ECF No. 23. On June 27, 2026, a federal district court in the Western District of Pennsylvania joined the unanimous consensus rejecting DOJ's efforts to obtain states' unredacted voter files. *See United States v. Schmidt*, No. 2:25-cv-1481, 2026 WL 1850016 (W.D. Pa. June 27, 2026).

*Schmidt* dismissed DOJ's suit for Pennsylvania's unredacted voter list—which is materially similar to its suit here for Georgia's unredacted voter list—on several grounds that are relevant here. *First*, the court concluded that "[u]nredacted

1

voter files are not 'records,' as the term is defined under" the Civil Rights Act of 1960 ("CRA"). *Schmidt,* 2026 WL 1850016, at *2. The court thus rejected DOJ's "[t]ortured statutory construction," which it explained "does violence" to the text of the CRA. *Id. Second*, the court held DOJ's demand for Pennsylvania's unredacted voter list did not contain a statement of the basis and the purpose for the demand, as the CRA requires. *Id*. These conclusions buttress Intervenors' arguments for dismissal here. *See* Intervenors' Br. in Supp. of Mot. to Dismiss, ECF No. 23-1 at 10–17.

Dated: June 29, 2026

Adam M. Sparks
Ga. Bar. No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Branden D. Lewiston*
Marcos Mocine-McQueen*
Max C. Accardi*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
maccardi@elias.law
Tel: (202) 968-4652

*Counsel for BVMF Intervenors*

*Appearing pro hac vice

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C, NDGa. This document was prepared on a computer using Times New Roman font (14 point).

This 29th day of June, 2026.

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta