**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> *Defendant*. | Civil Action No. 1:26-cv-00485-VMC |

**FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY**

In further support of his Motion to Dismiss (Doc. 16), the Secretary respectfully submits the Memorandum Opinion and Order from the United States District Court for the Eastern District of Kentucky in *United States v. Adams*, No. 3:26-cv-00019-CHB-EBA, ___ F. Supp. 3d ___, 2026 WL 2123871 (E.D. Ky. July 23, 2026). The Eastern District of Kentucky granted the motions to dismiss and denied the DOJ's motion to compel, dismissing the case with prejudice. *Id*. at *6. With this decision, the DOJ's requests for unredacted state voter lists have now been dismissed by all 16 district courts to rule on them and that dismissal affirmed by the only circuit court of appeals to consider the question. A chart with all relevant case citations is below.

## DECISIONS ON DOJ CIVIL RIGHTS ACT CASES

| | |
|---|---|
| **Arizona – dismissed**<br>• *United States v. Fontes*, ___ F. Supp. 3d ___, No. CV-26-00066-PHX-SMB, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026) | **New Mexico – dismissed with prejudice**<br>• *United States v. Oliver*, ___ F. Supp. 3d ___, 1:25-cv-01193-JCH-JFR, 2026 WL 2031479 (July 14, 2026) |
| **California – dismissed with prejudice**<br>• *United States v. Weber*, 816 F. Supp. 3d 1168 (C.D. Cal. 2026) | **New York – dismissed with prejudice**<br>• *United States v. Board of Elections of the State of New York*, ___ F. Supp. 3d ___, 1:25-CV-1338, 2026 WL 1999921 (July 10, 2026) |
| **Kentucky – dismissed with prejudice**<br>• *United States v. Adams*, Case No. 3:26-CV-00019-CHB-EBA, 2026 WL 2123871 (E.D. Ky. July 23, 2026) | **Oregon – dismissed with prejudice**<br>• *United States v. Oregon*, ___ F. Supp. 3d ___, No. 6:25-CV-01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026) |
| **Maine – dismissed**<br>• *United States v. Bellows*, ___ F. Supp. 3d ___, No. 1:25-CV-00468-LEW, 2026 WL 1430481 (D. Me. May 21, 2026) | **Pennsylvania – dismissed**<br>• *United States v. Schmidt*, ___ F. Supp. 3d ___, 2:25-CV-01481-CB, 2026 WL 1850016 (W.D. Pa. June 27, 2026) |
| **Maryland – dismissed**<br>• *United States v. DeMarinis*, CV SAG-25-3934, 2026 WL 1780586 (D. Md. June 18, 2026) | **Rhode Island – dismissed**<br>• *United States v. Amore*, ___ F. Supp. 3d ___, No. 25-CV-00639-MSM-PAS, 2026 WL 1040637 (D.R.I. Apr. 17, 2026) |
| **Massachusetts – dismissed**<br>• *United States v. Galvin*, ___ F. Supp. 3d ___, No. CV 25-13816-LTS, 2026 WL 972129 (D. Mass. Apr. 9, 2026) | **Virginia – dismissed with prejudice**<br>• *United States v. Koski*, ___ F. Supp. 3d ___, 3:26CV42 (RCY), 2026 WL 2032532 (E.D. Va. July 14, 2026) |
| **Michigan – dismissed**<br>• *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026)<br>• Affirmed by *United States v. Benson*, 179 F.4th 470 (6th Cir. 2026) | **West Virginia – dismissed**<br>• *United States v. Warner*, ___ F. Supp. 3d ___, No. 2:26-cv-00156, 2026 WL 2018877 (S.D. W. Va. July 13, 2026) |
| **New Hampshire – dismissed**<br>• *United States v. Scanlan*, ___ F. Supp. 3d ___, 25-CV-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026) | **Wisconsin – dismissed with prejudice**<br>• *United States v. Wisconsin Elections Comm'n*, ___ F. Supp. 3d ___, No. 25-CV-1036-JDP, 2026 WL 1430354 (W.D. Wis. May 21, 2026) |

This decision assists this Court in its consideration of the Secretary's pending motion to dismiss. The Kentucky court initially determined that the Federal Rules of Civil Procedure governed the proceeding, agreeing with "every other district court that has considered this issue." *Adams*, 2026 WL 2123871, at *3–4.

Turning to the merits, the Kentucky court applied the Sixth Circuit's decision in *United States v. Benson*, 179 F.4th 470 (6th Cir. 2026), to determine that Kentucky's statewide voter registration list does not "come into" the possession of election officials because those officials create the list themselves rather than receiving it from a third party. *Adams*, 2026 WL 2123871, at *4–5. As the Kentucky court explained, a record an official "created, established, and maintained" is not one that came into that official's possession. *Id.* at *4 (quoting *Benson*, 179 F.4th at 479. The court also noted that reading Title III to reach the voter file would place the Civil Rights Act on "a collision course" with the National Voter Registration Act and the Help America Vote Act, both of which require officials to update the file routinely. *Id.* (quoting *Benson*, 179 F.4th at 479).

In addition to applying the Sixth Circuit precedent, the Kentucky court also held that the DOJ's letters failed to satisfy 52 U.S.C. § 20703 because the letters did not contain both a basis and a purpose, as required by the statute. *Id.* at *6. The

3

DOJ's letters to Georgia suffer from the same defect, *see* Doc. 16-2 at 10–16, and this provides a further reason to dismiss this case.

Respectfully submitted this 24th day of July, 2026.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@tysonyounker.law
David J. Younker
Georgia Bar No. 940387
dyounker@tysonyounker.law
**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendant Secretary of State Brad Raffensperger*

4

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson