**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, *Defendant.* | Case No. 1:26-cv-00485-VMC |

**INTERVENORS BLACK VOTERS MATTER FUND, CWA LOCAL 3204,
AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Black Voters Matter Fund, CWA Local 3204, and CWA Local 3204 Retired Members Council ("BVMF Intervenors") hereby provide the Court notice that two more federal district courts recently dismissed DOJ's parallel lawsuits seeking New Jersey's and Connecticut's unredacted voter lists. *See United States v. Caldwell*, No. 3:26-cv-2025 (ZNQ) (JTQ), 2026 WL 2186515 (D.N.J. July 29, 2026); *United States v. Thomas*, No. 3:26-CV-21 (KAD), 2026 WL 2070437 (D. Conn. July 17, 2026).

In *Caldwell*, the court rejected DOJ's argument that "it is entitled under Title III of the [Civil Rights Act of 1960 ('CRA')] to a 'special statutory proceeding'" for many of the same reasons BVMF Intervenors asserted in this case. 2026 WL

2186515 at *5. "Nothing in the CRA displaces the [Federal Rules of Civil Procedure] or precludes the Court from determining whether DOJ's demand complies with all applicable statutory requirements." *Id*.; *see also* ECF No. 70 at 2–6 (explaining why the Federal Rules of Civil Procedure apply to DOJ's claim). The court then found that Title III of the CRA applies only to "records 'which come into' election officers' 'possession' and thus does not extend to New Jersey's computerized VRL—a document that the State itself created." 2026 WL 2186515 at *7 (quoting 52 U.S.C. § 20701). This is because the "requested VRL is not a static compilation of information," but a "live, dynamic database" that states are "*required*" to update "on a continuous basis to remain compliant with the HAVA and the NVRA." *Id*. at *8 (citations omitted). To hold otherwise, the court observed, would place the NVRA and HAVA at odds with the CRA, which imposes criminal penalties for altering the encompassed records, resulting in an "untenable . . . inter-statutory conflict." *Id*.

In *Thomas*, the court similarly rejected DOJ's argument that Connecticut's unredacted voter list falls within the scope of Title III of the CRA. 2026 WL 2070437 at *5. The court determined that the voter list "does not fall within the scope of Title III because it is a document *created* by" Connecticut's election officials, not "a record which 'comes into [her] possession.'" *Id*. (alteration in original). As the court noted, because Connecticut's election officials must compile the voter list, they do

2

not "acquire, obtain, or receive [the list] from a third party," so the voter list "does not fall within" the "plain language of Title III." *Id*. at \*6 (citation omitted).

Nineteen courts—including the Court of Appeals for the Sixth Circuit and eighteen district courts—have now found DOJ's claims for unredacted voter lists to be without merit. No court has held otherwise. The recent decisions in *Caldwell* and *Thomas* provide further support for dismissing DOJ's action in this case.

Dated: July 30, 2026

Adam M. Sparks
Ga. Bar. No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta\*
Branden D. Lewiston\*
Marcos Mocine-McQueen\*
Max C. Accardi\*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
maccardi@elias.law
Tel: (202) 948-1135

*Counsel for BVMF Intervenors*

\*Appearing *pro hac vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C, NDGa. This document was prepared on a computer using Times New Roman font (14 point).

This 30th day of July, 2026.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

4