**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>    *Defendant*. | Case No. 1:26-cv-00485-VMC |

**INTERVENORS BLACK VOTERS MATTER FUND, CWA LOCAL 3204,
AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Black Voters Matter Fund, CWA Local 3204, and CWA Local 3204 Retired Members Council ("BVMF Intervenors") hereby provide the Court notice that another federal district court recently dismissed DOJ's parallel lawsuit seeking the District of Columbia's unredacted voter list. *See United States v. Evans*, No. 25-cv-4493-RDM), 2026 WL 2267774 (D.D.C. Aug. 6, 2026).

In *Evans*, the court rejected DOJ's argument that the Federal Rules of Civil Procedure do not apply to its claim under Title III of the Civil Rights Act of 1960 ("CRA"), observing that Title III does not "displace[] the Federal Rules of Civil Procedure," and that "the government is not entitled to a judicial order rubber stamping its records request." *Id*. at *4 (alteration in original); *see also* ECF No. 70

at 1–6 (similarly explaining why the Federal Rules of Civil Procedure apply to DOJ's claim). Turning to the merits, the court observed that "twenty district courts and the Sixth Circuit have denied the government's motion to compel . . . leaving the Court with no shortage of guidance on these issues." *Evans*, 2026 WL 2267774, at *5. Consistent with this growing body of precedent, the court held that "Title III authorizes the Attorney General to obtain records that come into state election officials' possession, not records created by those officials," which include the state's voter list. *Id*. "As a matter of common usage, one might say, for example, that the Mona Lisa 'came into the possession' of the Louvre around 1797; one would not say that the painting 'came into the possession' of Leonardo da Vinci when he completed it around 1517." *Id*. at *6. The court also noted that "fifteen courts" have rejected DOJ's claims on this specific basis. *Id*. at *5.

This result is compelled not only by the plain text of the statute, the court reasoned, but also by the fact that, if the voter list were a record subject to the CRA, the CRA would "subject officials to liability for taking the steps mandated by the NVRA and HAVA" related to voter list maintenance. *Id*. at *7. The court also conducted a detailed review of the CRA's procedural history, which further confirmed that DOJ's reading of the statute is inaccurate. *Id*. at *8–10.

Twenty-two courts—including the Court of Appeals for the Sixth Circuit and twenty-one district courts—have now found DOJ's claims for unredacted voter lists

2

to be without merit. No court has held otherwise. The recent decision in *Evans* provides further support for dismissing DOJ's action in this case.


Dated: August 7, 2026                    */s/ Uzoma N. Nkwonta*
                                         Uzoma N. Nkwonta*
                                         Branden D. Lewiston*
                                         Marcos Mocine-McQueen*
Adam M. Sparks                           Max C. Accardi*
Ga. Bar. No. 341578                      **ELIAS LAW GROUP LLP**
**KREVOLIN & HORST, LLC**                250 Massachusetts Avenue NW, Suite 400
1201 W. Peachtree St., NW                Washington, D.C. 20001
Suite 3500, One Atlantic Center          unkwonta@elias.law
Atlanta, GA 30309                        blewiston@elias.law
Tel: (404) 888-9700                      mmcqueen@elias.law
Fax: (404) 888-9577                      maccardi@elias.law
Email: sparks@khlawfirm.com              Tel: (202) 948-1135

                                         *Counsel for BVMF Intervenors*

                                         *Appearing *pro hac vice*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C, NDGa. This document was prepared on a computer using Times New Roman font (14 point).

This 7th day of August, 2026.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta