**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION]**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>*Defendant*. | Case No. 1:26-cv-00485-VMC |

**NOTICE OF APPEARANCE OF KEVIN J. WENDER**

PLEASE TAKE NOTICE that Kevin J. Wender of Krevolin & Horst, LLC hereby enters his appearance in the above-captioned action on behalf of Intervenors Black Voters Matter Fund, CWA Local 3204, and CWA Local 3204 Retired Members Council ("BVMF Intervenors"), and requests that all papers filed through the ECF system be served upon him by email at wender@khlawfirm.com.

Dated: August 19, 2026

Respectfully submitted,

**Kevin J. Wender**
Kevin J. Wender
Georgia Bar No. 999043
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 W. Peachtree St., NW, Suite 3500
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
wender@khlawfirm.com
*Counsel for BVMF Intervenors*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Notice of Appearance of Kevin J. Wender has been prepared in accordance with the font type and margin requirements of L.R. 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: August 19, 2026

**Kevin J. Wender**
*Counsel for BVMF Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, a copy of the foregoing **NOTICE OF APPEARANCE OF KEVIN J. WENDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Dated: August 19, 2026

**Kevin J. Wender**
*Counsel for BVMF Intervenors*