IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | Case No.: 1:26-cv-00485-VMC |

**NOTICE OF APPEAL**

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Judgment (Doc. 147) and Order (Doc. 146) granting the Defendant's and Defendant-Intervenor BVMS's Motions to Dismiss (Docs. 16, 23); denying as moot Intervenor-Defendants Common Cause's and NAACP's Motions to Dismiss (Docs. 22, 80); and denying the United States' Cross-Motion to Compel Production of Federal Election Records (Doc. 31), both of which were entered in this action on September 30, 2026.

DATED: October 30, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *John Casali*
John Casali
James Thomas Tucker
Voting Section
Civil Rights Division
4 Constitution Square
Washington, D.C. 20002
Telephone: (202) 316-8087

Email: john.casali@usdoj.gov

Attorneys for the United States